IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TONGAI MAZAIWANA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:14-cv-00756-ODE |
| | ) |
| ALLSTATE INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) |

## ALLSTATE INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT

COMES NOW, Allstate Insurance Company ("Allstate"), Defendant in the above-styled action, and, pursuant to Rule 56 of the Federal Rules of Civil Procedure, hereby files this Motion for Summary Judgment because there is no genuine issue of fact and Allstate is entitled to judgment as a matter of law.  In support of this Motion, Allstate relies upon: the Allstate Policy of Insurance issued to Plaintiff, a certified copy of which is filed as Exhibit A to Allstate's Answer; the Examination Under Oath of Plaintiff Tongai Mazaiwana filed herewith as Exhibit A; Defendant Allstate's First Request for Admissions to Plaintiff filed with this Motion as Exhibit B; the Examination Under Oath of Joshua Mazaiwana filed herewith as Exhibit C; the Affidavit of Allstate representative Rick DuBose filed with this Motion as Exhibit

D: Allstate's Brief in Support of its Motion for Summary Judgment; Allstate's Statement of Material Facts in support of its Motion; and all pleadings and discovery properly on file before this Honorable Court.

        Respectfully submitted,

        WEBB, ZSCHUNKE, NEARY &
         DIKEMAN, LLP

        By: */s/ William E. Zschunke*
          WILLIAM E. ZSCHUNKE
          Georgia State Bar No. 786650


        By: */s/ Melissa C. Patton*
          MELISSA C. PATTON
          Georgia State Bar No. 187560

One Securities Centre, Suite 1210
3490 Piedmont Road
Atlanta, GA  30305
(404) 264-1080 / main
(404) 264-4520 / fax
mpatton@wznd.net

-3-

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served counsel for the opposing party with a copy of the within and foregoing pleading by depositing a copy of same in the United States mail in an envelope properly addressed to the following, with adequate postage thereon to ensure proper delivery:

Tongai Mazaiwana, *pro se*
3520 Cowan Ridge Drive
Winston, GA 30187

This <u>1st</u> day of December 2014.

*/s/ Melissa C. Patton*
MELISSA C. PATTON
Georgia State Bar No. 187560

**WEBB ZSCHUNKE, NEARY & DIKEMAN, LLP**
One Securities Centre, Suite 1210
3490 Piedmont Road
Atlanta, GA 30305
(404) 264-1080 / main
(404) 264-4520 / fax
mpatton@wznd.net