UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

TONGAI MAZAIWANA

          Plaintiff(s),

vs.

ALLSTATE INSURANCE COMPANY,

          Defendant(s).

CIVIL ACTION FILE

NO. 1:14-cv-00756-ODE

## J U D G M E N T

This action having come before the court, Honorable Orinda D. Evans, United States District Judge, for consideration of the Defendant's Motion for Summary Judgment, and the court having granted said Motion, it is

**Ordered and Adjudged** that the defendant recover its cost for this action, and the action be, and the same hereby is **dismissed**.

Dated at Atlanta, Georgia, this 26th day of January, 2015.

JAMES N. HATTEN
CLERK OF COURT

By: *s/Frances K. Pinckney*
    Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
  January 30, 2015
James N. Hatten
Clerk of Court

By: *s/Frances K. Pinckney*
    Deputy Clerk